UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>INDEPENDENT BREWERS UNITED CORPORATION, et al.,<br><br>        Defendants. | Case No. 15-cv-03386-MEJ<br><br>**ORDER SETTING CONFERENCE CALL RE: TENTATIVE SETTLEMENT**<br><br>Re: Dkt. No. 6 |

The Court is in receipt of the Notice of Tentative Settlement as to Plaintiff Kevin Gray and Defendants Independent Brewers United Corporation and North American Breweries, and their Request for Telephonic Conference Call for Approval of Settlement. Dkt. No. 6. The Court hereby sets this matter for a conference call on Thursday, September 24, 2015 at 10:00 a.m. The parties shall arrange for the conference call and contact the courtroom deputy, Rose Maher, at (415) 522-4708, to provide the call in information.

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge