1  DYLAN B. CARP (State Bar No. 196846)
   SCOTT P. JANG (State Bar No. 260191)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111
   Telephone: 415.394.9400
4  Facsimile: 415.394.9401
   Email: CarpD@jacksonlewis.com
5         Scott.Jang@jacksonlewis.com

6  Attorneys for Defendants
   INDEPENDENT BREWERS UNITED
7  CORPORATION and NORTH AMERICAN
   BREWERIES, INC.
8

9  GREGORY A. DOUGLAS (State Bar No. 147166)
   JAMIE McCRARY (State Bar No. 287023)
10 LAW OFFICES OF GREGORY A. DOUGLAS
   5500 Bolsa Ave. Ste. 201
11 Huntington Beach, California 92649
   Telephone: 562.252.8800
12 Facsimile:  562.256.1006
   Email: greg@gdouglaslaw.com
13
   Attorneys for Plaintiff
14 KEVIN GRAY

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  KEVIN GRAY, | Case No. 15-CV-03386-MEJ |
| 19           Plaintiff, | **[PROPOSED]** ORDER APPROVING PLAINTIFF'S RELEASE OF FLSA CLAIMS |
| 20       v. | |
| 21  INDEPENDENT BREWERS UNITED CORPORATION, a Corporation; NORTH AMERICAN BREWERIES, INC., a Corporation; PYRAMID BREWERIES, INC., a Corporation; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | |
| 25           Defendants. | |

1  Plaintiff Kevin Gray and Defendants Independent Brewers United Corporation and North
2  American Breweries, Inc. have reached a tentative confidential settlement with respect to the
3  claims in this case that includes a release of Plaintiff's claims under the Fair Labor Standards Act
4  ("FLSA").  The Court having reviewed the terms of the settlement and conducted a hearing
5  regarding the same, and finding the release of the FLSA claims to be fair and reasonable,

6  IT IS SO ORDERED that Plaintiff's release of his FLSA claims is APPROVED.

7  Dated:  September 24, 2015

8  UNITED STATES MAGISTRATE JUDGE

9  Approved as to form:
10 Dated:  September 24, 2015                           JACKSON LEW

12                                              By: _____
13                                              Dylan B. Carp
                                                Scott P. Jang
14                                              Attorneys for Defendants
                                                INDEPENDENT BREWERS
15                                              UNITED CORPORATION and
                                                NORTH AMERICAN BREWERIES,
16                                              INC.

18 Dated:  September 24, 2015                    LAW OFFICES OF GREGORY A.
19                                              DOUGLAS

21                                              By: _____
22                                              Gregory A. Douglas
                                                JAMIE McCRARY
                                                Attorney for Plaintiff
23                                              KEVIN GRAY

(Stamp: IT IS SO ORDERED / Judge Maria-Elena James / United States District Court, Northern District of California)